Nos. 25-2145, 25-2147

# United States Court of Appeals
# for the Federal Circuit

ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

v.

DISH NETWORK L.L.C., DIRECTV, LLC,
*Appellees*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2024-00393, IPR2024-01059.

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238
erik.halverson@klgates.com

Jason A. Engel
Jared R. Lund
K&L GATES LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236
jason.engel@klagtes.com
jared.lund@klgates.com

*Counsel for Appellant Entropic Communications, LLC*

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 25-2145, 25-2147

**Short Case Caption** Entropic Communications, LLC v. DISH Network L.L.C.

**Filing Party/Entity** Entropic Communications, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/24/2026

Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Entropic Communications, LLC | | Entropic Holdings LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑　None/Not Applicable　　☐　Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)　☐ No　☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑　None/Not Applicable　　☐　Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

Pursuant to Federal Circuit Rule 26(b), Appellant Entropic Communications, LLC ("Appellant") respectfully requests an extension of time to file its Reply Brief. Appellant's Reply Brief is currently due on May 11, 2026. Appellant seeks a thirty (30) day extension, until June 10, 2026, to file its Reply Brief. This is Appellant's first request for an extension in this Appeal.  Appellant understands that counsel for Appellees DISH Network L.L.C. and DirecTV, LLC do not oppose the relief sought by this motion.

Appellant requests additional time to accommodate ongoing professional commitments, obligations, and schedules of its counsel, and to provide Appellant with additional time to thoroughly prepare its Reply Brief. Accordingly, good cause exists for the requested extension. The attached Declaration of Erik J. Halverson sets forth good cause for the requested extension.

For the foregoing reasons, Appellant respectfully requests a 30-day extension, until June 10, 2026, to file its Reply Brief.

Dated: April 24, 2026

Respectfully submitted,

By:  */s/ Erik J. Halverson*
Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238

Jason A. Engel
Jared R. Lund
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236

*Counsel for Appellant*
*Entropic Communications, LLC*

Nos. 25-2145, 25-2147

# United States Court of Appeals for the Federal Circuit

ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

v.

DISH NETWORK L.L.C., DIRECTV, LLC,
*Appellees*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2024-00393, IPR2024-01059.

**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to 28 U.S.C. § 1746, I, Erik J. Halverson, hereby declare as follows:

1.      I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of K&L Gates LLP. I am counsel for Appellant Entropic Communications, LLC ("Appellant") in the above-captioned appeal. I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2.      This Declaration is made in support of Appellant's Unopposed Motion for a 30-day Extension of Time to File its Reply Brief.

3.      Good cause exists for extending the time to file Appellant's Reply Brief. Members of the briefing team have at least the following obligations that, to allow for proper coordination and thorough preparation of its Reply Brief, warrant a brief extension of 30 days:

- Upcoming close of fact and expert discovery in *Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-01355, District of Delaware);

- Preparation for and attendance at *Markman* Claim Construction Hearing scheduled for April 30, 2026 in *Certain Clear Aligners and Components Thereof*, Inv. No. 337-TA-1471 (U.S. International Trade Commission); and

- Preparation for and attendance at Oral Argument scheduled for May 8, 2026 in *Ajinomoto Co., Inc. v. AbTis Co., Ltd.,* IPR2025-00283 (Patent Trial and Appeal Board).

4.     Appellant does not seek any unnecessary delay from the extension requested here, but only to ensure fully developed and appropriate arguments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2026 in San Francisco, California.

*/s/ Erik J. Halverson*
Erik J. Halverson

2

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Excluding the portions exempted by rule, the motion contains  150 words, as counted by the word-processing software used to prepare it.

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: April 24, 2026                          */s/ Erik J. Halverson*
                                               Erik J. Halverson

                                               *Counsel for Appellant*