**No. 25-2145, 25-2147**

# United States Court of Appeals
# for the Federal Circuit

**ENTROPIC COMMUNICATIONS, LLC,**

*Appellant,*

*v.*

**DISH NETWORK L.L.C., DIRECTV, LLC,**

*Appellee.*

APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2024-00393, IPR2024-01059.

**NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY OF PROCEEDINGS FOR DISH NETWORK L.L.C.**

Ruffin B. Cordell
Adam R. Shartzer
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

Christopher S. Marchese
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

*Attorneys for Appellee*
*DISH Network L.L.C.*

## CERTIFICATE OF INTEREST

Counsel for Appellee DISH Network L.L.C. certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **DISH Network L.L.C.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **None.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **DISH Network L.L.C. is a wholly-owned subsidiary of DISH DBS Corporation.**

   **DISH Network L.L.C. and DISH DBS Corporation are wholly-owned indirect subsidiaries of DISH Network Corporation.**

   **DISH Network Corporation is a wholly-owned subsidiary of EchoStar Corporation, with publicly traded equity (NASDAQ:SATS).**

   **Over 10% of EchoStar Corporation's publicly traded stock is owned by BlackRock, Inc., with publicly traded equity (NYSE: BLK).**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Matthew P. Mosteller, Alyaman Amer, John J. Thuermer, Timothy Riffe, Usman Khan**

5. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

   **Yes (*see* DISH's Notice of Related Case Information filed at Dkt. 10).**

i

6.      Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

**None/Not Applicable**

Dated:  July 2, 2026                    */s/ Michael J. Ballanco*
                                        Michael J. Ballanco

**NOTICE**

PLEASE TAKE NOTICE that, on June 30, 2026, DISH Network L.L.C. ("DNLLC") and certain of its affiliates (each a "Debtor" and collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). A copy of the voluntary petition of DNLLC (Case No. 26-90631, Docket No. 1), is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that each of the Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Judge Christopher M. Lopez.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions automatically "operates as a stay, applicable to all entities, of—"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . .

11 U.S.C. § 362(a)(1)–(3) (enumerating three of eight categories of actions automatically stayed upon filing of chapter 11 petition) (the "Automatic Stay").[2] Other than with respect to debtor-in-possession financing, no order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors—including DNLLC—without obtaining from the Bankruptcy Court relief from the Automatic Stay may be void ab initio and result in a finding of contempt for violation of the Automatic Stay. Any party wishing to take action against the Debtors should contact the Debtors' counsel before taking any action in the above-captioned proceeding (this "Proceeding") to ensure that such action does not constitute a violation of the Automatic Stay. The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay and to seek entry of an order of the

---

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

2

Bankruptcy Court enforcing the Automatic Stay against any person that has taken any action in violation of the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that, if the Court or any party wishes to memorialize the conditions set forth above in a formal court order, DNLLC is prepared to enter into a stipulation and agreed order with plaintiffs reflecting such conditions in such form as the Court may direct.  DNLLC requests that any party wishing to discuss the entry of such a stipulation and agreed order contact DNLLC's counsel promptly.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated:  July 2, 2026                    Respectfully submitted,

                                        /s/ Michael J. Ballanco
                                        Ruffin B. Cordell
                                        Adam R. Shartzer
                                        Michael J. Ballanco
                                        FISH & RICHARDSON P.C.
                                        1000 Maine Avenue S.W., Suite 1000
                                        Washington, DC 20024
                                        Tel: (202) 783-5070
                                        cordell@fr.com

                                        Christopher S. Marchese
                                        FISH & RICHARDSON P.C.
                                        12860 El Camino Real, Suite 400
                                        San Diego, CA 92130
                                        Tel: (858) 678-5070
                                        marchese@fr.com

                                        **Attorneys for Appellee**
                                        **DISH Network L.L.C.**

**<u>CERTIFICATE OF SERVICE AND FILING</u>**

I certify that on July 2, 2026, I electronically filed the foregoing **NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY OF PROCEEDINGS FOR DISH NETWORK L.L.C.** of Appellee DISH Network L.L.C. using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Michael J. Ballanco*
Michael J. Ballanco

## <u>CERTIFICATE OF COMPLIANCE</u>

The **NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY OF PROCEEDINGS FOR DISH NETWORK L.L.C. ("NOTICE")** of Appellee DISH Network L.L.C. is submitted in accordance with the type-volume limitation of Fed. Cir. R. 32(b).  The **NOTICE** contains 671 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2).  This **NOTICE** has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 in Times New Roman, 14 Point.

Dated: <u>July 2, 2026</u>                    <u>*/s/ Michael J. Ballanco*</u>
                                    Michael J. Ballanco