NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellees*

---

2025-2145, 2025-2147

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00393 and IPR2024-01059.

-------------------------------------------------

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellants*

**v.**

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellee*

---

2026-1331, 2026-1366

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00373 and IPR2024-01060.

-----------------------------------------------

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellees*

---

2026-1352

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00373 and IPR2024-01060.

---

**ON MOTION**

---

Before PROST, *Circuit Judge*.

**O R D E R**

Upon consideration of the parties' responses to this court's July 9, 2026 orders staying the above-captioned appeals and of DISH Network L.L.C. and DirecTV, LLC's unopposed motion to voluntarily dismiss Appeal Nos. 2026-1331 and 2026-1366,

IT IS ORDERED THAT:

(1) The stay imposed by the July 9, 2026 orders is lifted.

(2) The motion to dismiss is granted. Appeal Nos. 2026-1331, 2026-1366, and Appeal No. 2026-1352 are deconsolidated, and their official captions are revised as reflected in this order. Appeal Nos. 2026-1331 and 2026-1366 are dismissed, with each party to bear its own costs.

(3) Entropic Communications, LLC's opening brief in Appeal No. 2026-1352 is due no later than 60 days from the date of entry of this order.

(4) The Clerk of Court shall transmit a copy of this order to the merits panels assigned to these appeals. The Clerk of Court shall also transmit ECF No. 34 in Appeal No. 2025-2145 to the panel assigned to that appeal and ECF No. 28 in Appeal No. 2026-1331 to the panel assigned to Appeal No. 2026-1352.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 28, 2026
Date

ISSUED AS A MANDATE (only for Appeal Nos. 2026-1331 and 2026-1366): August 28, 2026