# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

2025-2145 - Entropic Communications, LLC v. DISH Network L.L.C.

## NOTICE TO ADVISE OF SCHEDULING CONFLICTS OF ARGUING COUNSEL

Within seven days of this notice, arguing counsel must file a completed Response to Notice to Advise of Scheduling Conflicts advising of any scheduling conflicts during the following upcoming court session months: **December 2026** and **January**, **February**, **March**, **April**, **and May 2027**. Non-arguing counsel should not advise of scheduling conflicts. In the event the matter is not scheduled within the next six (6) court sessions, counsel are reminded of their continuing obligation to report any additional scheduling conflicts or changes to existing scheduling conflicts that may arise until the matter is formally calendared. See Fed. Cir. R. 34(d)(2).

**Calendar of Sessions.** Arguing counsel should review the Calendar of Sessions on the court's website for the specific dates of each session. Please only advise of conflicts with scheduled court dates and not dates when the court is not scheduled to sit.

**Limitation on Conflicts.** To ensure the timely scheduling of argument in this case, arguing counsel is limited to identifying scheduling conflicts for only ten days. Arguing counsel must also show good cause for each identified date. Conflicts without a sufficient showing of good cause will not be considered. Counsel is advised that the unavailability of a client or non-arguing counsel is an insufficient basis for showing good cause. Please review the Guidance on Oral Argument Scheduling Conflicts on the court's website.

FOR THE COURT

October 13, 2026

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk